**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on June 28, 2023**



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 18−15288−PDR**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Broward Airport Taxi, LLC
2106 N. Dixie Highway
Hollywood, FL 33020

EIN: 37−1615496

## FINAL DECREE

The trustee, Kenneth A Welt, having filed a final report that the estate has been fully administered, is discharged and the case is closed.